UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

B2500A (rev 01/2017)

In re:

hhgregg, Inc.,
Gregg Appliances, Inc.,
HHG Distributing LLC,
    Debtors.

Case No. **17-01302-RLM-11**

Electrolux North America, Inc.,
    Plaintiff,
vs.
hhgregg, Inc.,
HHG Distributing LLC,
Gregg Appliances, Inc.,
et al.,
    Defendants.

Adv. Proc. No. **17-50098**

A PDF fillable Certification of Service is available at www.insb.uscourts.gov/webforms/newlaw/cs.pdf.

## CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING

I, Kathryn Klusty _____ (name), certify that I am, and at all times during the service of the summons was, not less than 18 years of age and not a party to these cases. I further certify that the service of this summons and a copy of the complaint were made on March 31, 2017 _____ (date), by one of the following methods:

- ☑ **Mail Service**: By regular, first class U.S. mail, and postage fully prepaid. (**List names/addresses below.**) Certified Mail Return Receipt Requested
- ☐ **Personal Service**: By leaving the summons with the defendant or with an officer or agent of the defendant. (**List names/addresses below.**)
- ☐ **Residence Service**: By leaving the summons with an adult. (**List names/addresses below.**)
- ☐ **Certified Mail Service on an Insured Depository Institution**: By sending the summons by certified mail addressed to the defendant. (**List names/addresses below.**)
- ☐ **Publication**: By serving the defendant as outlined in the space below.
- ☐ **State Law**: By serving the defendant pursuant to the laws of the State of _____ (U.S. state) as outlined in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

hhgregg, Inc.
Corporation Service Company
135 North Pennsylvania Street
Suite 1610
Indianapolis, IN 46204

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_[signature]_
Signature

04.01.2017
Date

41 S. High Street, Suite 2400
Business Address

Kathryn Klusty
Printed Name

Columbus, OH 43215
Business City, State, and Zip

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>hhgregg, Inc.<br>c/o Corporation Service Company<br>135 North Pennsylvania St.<br>Suite 1610<br>Indianapolis, INC 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 31 2017 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7009 1410 0001 2319 3139 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**EXHIBIT A**