# Electrolux

Key Accounts-CONFIDENTIAL

Andrew/Daryl,

On behalf of Electrolux Major Appliances, I would like to thank you for your support of the Frigidaire and Electrolux Brands in 2015. hh gregg's year-end sales volume demonstrates a commitment to EMA, and we are excited to earn your business in 2016 and beyond. This letter serves as confirmation of your 2016 programming, **effective January 1, 2016**, with Electrolux Major Appliances, and demonstrates the strong level of commitment that continues for hh gregg from Electrolux. The program below pertains to Core White Goods and excludes Room Air, Parts, Accessories and Consumables.

<u>EMA has agreed to provide the following for hh gregg in 2016:</u>

1. **Consignment Program** – hh gregg must maintain 6 turns inclusive of all brands on core white goods. If turns fall outside of 6, hh gregg/EMA will build a plan to show continuous improvement Month over Month and YOY towards our common goal of 6. Consignment program subject to change.

2. **EMA will support Vendor Summit based on new store openings and employee development at the 1% level paid monthly on qualified net consignment deliveries.**

3. **EMA will support 1.75% consumer financing promotions based on qualified net consignment deliveries of all EMA brands paid monthly**

4. **EMA will support 2% advertising accrual on qualified net consignment deliveries paid monthly for Frigidaire <u>and</u> Electrolux as long as ads are pre-approved by Key Account manager.**

5. **EMA will support a 1% bonus to be paid quarterly on qualified net consigned deliveries. Consigned deliveries must be flat or up YOY to qualify for bonus. Brand mix must be at least 30% Frigidaire Gallery.**

6. **hh gregg commercial business is exempt from #2, #3, #4 and #5. A report provided monthly from commercial division will be used to reconcile before month end reports are finalized.**

7. **Net consigned deliveries is defined as the invoice cost of the product less any applicable sell thru. For example, the FGHC2331PF has an invoice cost of $1,000. In September we had a $110 sell thru. Items #2, #3 and #4 are paid at $1,000 less $110 sell thru. Or $890.**

8. **REVISED 9-1-2016: hh gregg will receive a 2% damage credit on qualified core white goods in lieu of the current damage policy. The 2% will be paid on consigned deliveries.**

    a. **See addendum – Damage Guidelines and Credits**

Again, we thank you for your support and commitment. We truly value our relationship with hh gregg and look forward to a mutually prosperous 2016.

| | | | |
|---|---|---|---|
| Tim Burns | TJ Stoffer | Andrew Terry | Daryl Massy |
| Key Acct Mgr (EMA) | GM (EMA) | SVP Appliances (hhgregg) | Div Merch Mgr (hhgregg) |

EXHIBIT A

# Electrolux

Key Accounts-CONFIDENTIAL

### Addendum A – Damage Guidelines

- EMA to inspect load before the truck leaves the factory and RDC
- hhgregg to inspect goods when the load arrives at dock
- hhgregg to write number of units damaged on BOL. These units will qualify for additional damage support
- hhgregg to accept the notated number of damaged units. EMA will arrange a carrier to pick up
- All other damaged items will fall under the monthly allowance
- EMA to provide quarterly training coordinated through hhgregg and Robin Crowell

### Addendum A – Credits

- Per the damage rate analysis, Effective September 1st, hhgregg will receive a damage credit of 1%.
- hhgregg is to provide a quarterly review to track the progress towards damage reduction for both parties.
- The quarterly review will identify trends in damage.
- A quarterly review will determine if the damage rate is in line with the analysis.
- The tracking tool should provide detail by DC and product platform.
- In the event hhgregg's cost for the damage program is exceeding 1%, Elux will work with hhgregg to rectify both the cause and the financial impact.
- In the event the damage program is not sustainable, hhgregg and Elux will pursue an alternative solution with 90 days notice.
- hhgregg is to provide a summary and payment on scrapped product due on the last consignment payment of the month.

# Electrolux

**Key Accounts-CONFIDENTIAL**

Bob/Chuck,

On behalf of Electrolux Major Appliances, I would like to thank you for your support of the Frigidaire and Electrolux Brands in 2016. hh gregg's year-end sales volume demonstrates a commitment to EMA, and we are excited to earn your business in 2017 and beyond. This letter serves as confirmation of your 2017 programming, **effective January 1, 2017**, with Electrolux Major Appliances, and demonstrates the strong level of commitment that continues for hh gregg from Electrolux. The program below pertains to Core White Goods and excludes Room Air, Parts, Accessories and Consumables.

**EMA has agreed to provide the following for hh gregg in 2017:**

1. **Consignment Program – hh gregg must maintain 6 turns inclusive of all brands on core white goods. If turns fall outside of 6, hh gregg/EMA will build a plan to show continuous improvement Month over Month and YOY towards our common goal of 6. Hhgregg must partner with TCFIF to schedule quarterly inventory audits of DC's. Consignment program subject to change.**

2. **EMA will support Vendor Summit based on new store openings and employee development at the 1% level paid monthly on qualified net consignment deliveries.**

3. **EMA will support 1.75% consumer financing promotions based on qualified net consignment deliveries of all EMA brands paid monthly**

4. **EMA will support 2% advertising accrual on qualified net consignment deliveries paid monthly for Frigidaire and Electrolux as long as ads are pre-approved by Key Account manager.**

5. **EMA will support a 1% bonus to be paid quarterly on qualified net consigned deliveries. Consigned deliveries must be flat or up YOY to qualify for bonus. Brand mix must be at least 30% Frigidaire Gallery.**

6. **hh gregg commercial business is exempt from #2, #3, #4 and #5. A report provided monthly from commercial division will be used to reconcile before month end reports are finalized.**

7. **Net consigned deliveries is defined as the invoice cost of the product less any applicable sell thru. For example, the FGHC2331PF has an invoice cost of $1,000. In September we had a $110 sell thru. Items #2, #3 and #4 are paid at $1,000 less $110 sell thru. Or $890.**

8. **hh gregg will receive a 1% damage credit on qualified core white goods in lieu of the current damage policy. The 1% will be paid on consigned deliveries.**

    a. **See addendum – Damage Guidelines and Credits**

Again, we thank you for your support and commitment. We truly value our relationship with hh gregg and look forward to a mutually prosperous 2017.

_____    _____    _____    _____
Tim Burns                 Darryl Cole               Bob Riesbeck              Chuck Bergen
Key Acct Mgr (EMA)        GM (EMA)                  CEO (hhgregg)             DDM (hhgregg)

**Key Accounts-CONFIDENTIAL**

### Addendum A – Damage Guidelines

- EMA to inspect load before the truck leaves the factory and RDC
- hhgregg to inspect goods when the load arrives at dock
- hhgregg to write number of units damaged on BOL.  These units will qualify for additional damage support
- hhgregg to accept the notated number of damaged units.  EMA will arrange a carrier to pick up
- All other damaged items will fall under the monthly allowance
- EMA to provide quarterly training coordinated through hhgregg and Robin Crowell

### Addendum A – Credits

- Per the damage rate analysis, hhgregg will receive a damage credit of 1%.
- hhgregg is to provide a quarterly review to track the progress towards damage reduction for both parties.
- The quarterly review will identify trends in damage.
- A quarterly review will determine if the damage rate is in line with the analysis.
- The tracking tool should provide detail by DC and product platform.
- In the event hhgregg's cost for the damage program is exceeding 1%, Elux will work with hhgregg to rectify both the cause and the financial impact.
- In the event the damage program is not sustainable, hhgregg and Elux will pursue an alternative solution with 90 days notice.
- hhgregg is to provide a summary and payment on scrapped product due on the last consignment payment of the month.