# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., *et al.*,<br><br>               Debtors. | Chapter 11<br>Case No. 17-01302-JJG-11 |
| Electrolux Home Products, Inc.,<br><br>               Plaintiff,<br><br>v.<br><br>hhgregg, Inc., HHG Distributing LLC, Gregg Appliances, Inc., Wells Fargo Bank, National Association, Hilco Merchant Resources, LLC, and Gordon Brothers Retail Partners, LLC,<br><br>               Defendants. | Adversary Proceeding No. 17-50098-JJG |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2017, a copy of the foregoing Defendant Wells Fargo Bank, National Association's Objection to Plaintiff Electrolux Home Products, Inc.'s Motion for Extension of Time to Respond to Defendant [Docket No. 133] was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Counsel for Whirlpool Corporation**

Robert M. Azzi
mazzi@wnj.com

Stephen B. Grow
sgrow@wnj.com

Janet L. Ramsey
jramsey@wnj.com

Joshua W. Casselman
jcasselman@rubin-levin.net

James E Rossow, Jr.
jim@rubin-levin.net

**Counsel for hhgregg, Inc., HHG Distributing LLC, Gregg Appliances, Inc.**

Adam Arceneaux
adam.arceneaux@icemiller.com

8330967

Sarah Lynn Fowler
sara.fowler@icemiller.com

Andrew Joseph Gallo
Andrew.gallo@morganlewis.com

Neil E. Herman
neil.herman@morganlewis.com

Jeffrey A Hokanson
jeff.hokanson@icemiller.com

**Counsel for GACP Finance Co., LLC**

David E Avraham
david.avraham@dlapiper.com

Stuart Brown
stuart.brown@dlapiper.com

Terry E Hall
terry.hall@faegrebd.com

Jay Jaffe
jay.jaffe@faegrebd.com

Jeffrey Scott Torosian
Jeffrey.torosian@dlapiper.com

**U.S. Trustee**

Usptregion10.in.ecf@usdoj.gov

*/s/ Mark D. Cahill*

8330967