# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | HHGREGG, INC. | | |
| **Case Number:** | 17-01302-RLM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 17, 2018 09:00 AM   IP 311 | | |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM | | |
| **Courtroom Clerk:** | HEATHER HEISER-DAVIS | | |
| **Reporter / ECR:** | HEATHER HEISER-DAVIS | | |

## *Matter:*

**ADV: 1-17-50098**

Electrolux Home Products, Inc. a Delawar & Wells Fargo Bank, NA & Gregg Appliances, Inc. & HHG Distributing LLC & hhgregg, Inc. vs hhgregg, Inc. & HHG Distributing LLC & Gregg Appliances, Inc. & Wells Fargo Bank & GACP Finance Co., LLC & Electrolux Home Products, Inc. a Delawar

Status Conference

**R / M #:**   0 / 0

## *Appearances:*

STUART M BROWN, ATTORNEY FOR GACP FINANCE CO., LLC
THOMAS C SCHERER, ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITOR
ANDREW JOSEPH GALLO, ATTORNEY FOR HHGREGG, INC., GREGG APPLIANCES, INC., HHG DISTRIBUTING LLC
JEFFREY A HOKANSON, ATTORNEY FOR HHGREGG, INC., GREGG APPLIANCES, INC., HHG DISTRIBUTING LLC
ADAM ARCENEAUX, ATTORNEY FOR HHGREGG, INC., HHG DISTRIBUTING LLC, GREGG APPLIANCES, INC.
JEFFREY SCOTT TOROSIAN, ATTORNEY FOR GACP FINANCE CO., LLC
JAY JAFFE, ATTORNEY FOR WELLS FARGO BANK, GACP FINANCE CO., LLC
Melissa Root, Attorney for Electrolux Home Products, Inc
Jonathan Marshall, Attorney for Wells Fargo Bank
Kevin O'Keefe, Attorney for Wells Fargo Bank
James Knauer, Attorney for Electrolux Home Products, Inc

## *Proceedings:*

Disposition: Status Conference held.  Electrolux to notify Court within 3 business days whether it will seek to dismiss count XI.  Parties to serve discovery requests within 14 days.  Parties to confer pursuant to Fed.R.Civ.P.26(f) within 28 days and to file discovery plans 14 days after discovery conference.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**