UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., et al.,<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 17-01302-JJG-11<br>(Jointly Administered) |
| Electrolux Home Products, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>hhgregg, Inc., HHG Distributing LLC, Gregg Appliances, Inc., Wells Fargo Bank, National Association, GACP Finance Co., LLC,<br><br>　　　　　Defendants. | Adversary Proceeding No. 17-50098-JJG |

**JOINT PROPOSED DISCOVERY PLAN**

On June 12, 2018, counsel for Electrolux Home Products, Inc. ("**Electrolux**"), hhgregg, Inc., HHG Distributing LLC, and Gregg Appliances, Inc. (collectively the "**Debtors**"), Wells Fargo Bank, N.A. ("**Wells Fargo**"), and GACP Finance Co., LLC ("**GACP**," together with the Debtors and Wells Fargo, the "**Defendants**") conferred on the subjects identified in Rule 26(f)(2) of the Federal Rules of Civil Procedure and agreed to the following joint discovery plan pursuant to Rule 26(f)(3) in connection with this proceeding:

　　　　A.　　**Initial disclosures.** The parties have agreed to exchange Rule 26(a) initial disclosures on or before July 13, 2018.

　　　　B.　　**Electrolux's discovery subjects.** Electrolux will pursue discovery pursuant to Federal Rule of Civil Procedure 26(b)(1) concerning: (a) Electrolux's claims in Counts I, III, IV,

VII, and XIV of its Amended Complaint (the "**Electrolux Counts**"); (b) the Defendants' defenses to the Electrolux Counts; and (c) the Defendants' counterclaims. Electrolux's discovery topics include, but are not limited to, the Debtors' treatment of Electrolux products pre- and post-petition, the Debtors' treatment of the Electrolux consigned inventory and proceeds of that inventory, communications regarding Electrolux among the Debtors, Wells Fargo, and GACP, and the parties' performance under the Consignment Agreement and Intercreditor Agreement. Electrolux will pursue this discovery through document requests and interrogatories, third-party subpoenas, and depositions.

C. **Debtors' discovery subjects.** The Debtors will pursue discovery pursuant to Federal Rule of Civil Procedure 26(b)(1) concerning: (a) the Electrolux Counts; (b) the Debtors' defenses to the Electrolux Counts; and (c) the Debtors' counterclaims. The Debtors will pursue this discovery through document requests and interrogatories, third-party subpoenas, and depositions.

D. **Wells Fargo's discovery subjects.** [Wells Fargo will pursue discovery pursuant to Federal Rule of Civil Procedure 26(b)(1) concerning: (a) the Electrolux Counts; (b) Wells Fargo's defenses to the Electrolux Counts; and (c) Wells Fargo's counterclaims. Wells Fargo will pursue this discovery through document requests and interrogatories, third-party subpoenas, and depositions.]

E. **Timing of Discovery.** The parties have agreed to provide written responses to the pending discovery requests by July 29, 2018, subject to the narrowed parameters discussed during the June 12, 2018 discovery conference. Production of documents is anticipated to occur on a rolling basis and shall be completed by September 14, 2018. The parties anticipate completing depositions by November 15, 2018.

4843-8808-2796, v. 2

      **F.**    **Expert Discovery**. The parties reserve their rights with respect to expert witnesses and will further meet and confer with regard to any proposed expert witness testimony.

      **G.**    **Electronically-stored information.** The parties will exchange lists of custodians searched and search terms for electronically stored information ("**ESI**"). The parties reserve their rights to object to ESI search protocols if agreements are not reached.

      **H.**    **Privilege.** The parties will produce a privilege log in accordance with Federal Rule of Civil Procedure 26(b)(5), subject to the producing parties' objections on the grounds of undue burden, proportionality, or otherwise.

      **I.**    **Confidentiality and Protective Order.** Prior to the disclosure of any documents or information that may reveal trade secret, competitively sensitive, confidential commercial, or confidential financial information that is not generally known to the public, the parties shall enter into a confidentiality stipulation for review and endorsement by the Court. Such confidentiality stipulation shall include, but will not be limited to, appropriate procedures for clawback of privileged or confidential documents and information and challenging parties' privilege and confidentiality designations.

      **J.**    **Settlement and Alternative Dispute Resolution.** The parties agree to participate in alternative dispute resolution at such time as all parties agree it might be fruitful or at the conclusion of discovery, whichever is earlier.

Agreed to by:

/s/ *James A. Knauer*
Vincent E. Lazar
Melissa M. Root
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2989
vlazar@jenner.com
mroot@jenner.com

-and-

Steven R. Runyan
James A. Knauer
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
Tel: (317) 692-9000
jak@kgrlaw.com
ser@kgrlaw.com
*Counsel for Electrolux Home Products, Inc.*

/s/ *Andrew J. Gallo*
Neil E. Herman
Andrew J. Gallo
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6393
neil.herman@morganlewis.com
andrew.gallo@morganlewis.com

-and-

Adam Arceneaux
Jeffrey Hokanson
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
Tel: (317) 236-2137
Adam.arceneaux@icemiller.com
Jeff.hokanson@icemiller.com
*Counsel for hhgregg, Inc., HHG Distributing LLC, and Gregg Appliances, Inc.*

/s/ *Kevin O'Keefe*
John Ventola
Sean Monohan
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Tel: (617)-248-5085
jventola@choate.com
smonohan@choate.com

-and

Jay Jaffe
Terry E. Hall
FAEGRE BAKER DANIELS LLP
600 E. 96th Street, Suite 600
Indianapolis, Indiana 46240
Tel: (317) 569-4687
jay.jaffe@faegrebd.com
terry.hall@fagrebd.com
*Counsel for Wells Fargo Bank, N.A.*

/s/ *Jeff Torosian*
David E. Avraham
Jeffrey S. Torosian
DLA PIPER LLP
444 W. Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368-4045
David.avraham@dlapiper.com
jeffrey.toroisan@dlapiper.com

-and-

Jay Jaffe
Terry E. Hall
FAEGRE BAKER DANIELS LLP
600 E. 96th Street, Suite 600
Indianapolis, Indiana 46240
Tel: (317) 569-4687
jay.jaffe@faegrebd.com
terry.hall@fagrebd.com
*Counsel for GACP Finance Co., LLC*

4

4843-8808-2796, v. 2