# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>hhgregg, Inc., et al.,<br><br>        Debtors. | Chapter 11<br>Case No. 17-01302-JJG-11<br>(Jointly Administered) |
| Electrolux Home Products, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>hhgregg, Inc., HHG Distributing LLC, Gregg Appliances, Inc., Wells Fargo Bank, National Association, GACP Finance Co., LLC,<br><br>        Defendants. | Adversary Proceeding No. 17-50098-JJG |

## **SECOND AGREED MOTION TO CONTINUE HEARING ON MOTION TO COMPEL**

Plaintiff Electrolux Home Products, Inc., by counsel and with the consent of all parties to this action, moves the Court to continue the hearing on its Motion to Compel currently set for Wednesday, March 13, 2019 at 9:30 a.m. and reschedule the hearing for April 25, 2019 at 1:00 p.m., and in support states as follows:

    1.    On December 3, 2018, Plaintiff filed its *Motion for Order Compelling Compliance with Discovery Requests and Production of Improperly Withheld and Redacted Documents* ("Motion to Compel").

    2.    On December 17, 2018, Plaintiff filed its Supplemental Motion to Compel.

    3.    The Court, on December 18, 2018, set a hearing on the Motion to Compel for January 23, 2019 at 9:30.

    4.    On December 28, 2018, Wells Fargo Bank filed its Opposition to the Motion to Compel.

5.  On December 28, 2018, the hhgregg Defendants filed their Opposition to the Motion to Compel.

6.  On January 11, 2019, Plaintiff filed its Reply in Support of its Motion to Compel.

7.  Counsel for all parties are in settlement negotiations and are working on a settlement meeting to be conducted during the month of February, 2019.

8.  The parties previously requested the Court continue the January 23, 2019 hearing and reset the hearing for March 13, 2019 at 9:30 a.m. The Court granted the motion.

9.  The parties conducted settlement discussions on February 27, 2019, and agreed to exchange additional information and continue settlement discussions.

10. The parties request the Court continue the March 13, 2019 hearing and reset the hearing for April 25, 2019 at 1:00 p.m.

11. All parties have consented to the relief requested herein.

Therefore, Plaintiff Electrolux Home Products, Inc. with the consent of all parties, moves the Court to continue the hearing on the Motion to Compel and reset the hearing for April 25, 2019 at 1:00 p.m., and for all other just and proper relief.

Dated: February 28, 2019

/s/ Steven E. Runyan
James Knauer, Atty No. 5436-49
Steven E. Runyan, Atty Mp. 25771-29
KROGER GARDIS & REGAS, LLP
111 Monument Circle Suite 900
Indianapolis, IN 46204-5125
Phone & Fax: (317) 777-7440

jknauer@kgrlaw.com
srunyan@kgrlaw.com

Vincent E. Lazar (admitted *pro hac vice*)
Melissa M. Root, Atty No. 24230-49
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (704) 527-0484

vlazar@jenner.com
mroot@jenner.com
David H. Conaway (N.C. Bar No. 10648)
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
dconaway@slk-law.com

*Counsel for Electrolux Home Products, Inc.*

### **CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notices through the Court's CM/ECF system. Parties may access this filing through the Court's PACER system.

                                      /s/ Steven E. Runyan