SO ORDERED: March 1, 2019.



_Jeffrey J. Graham_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000300 (rev 12/2017)

In re:

**hhgregg, Inc.**,
**Gregg Appliances, Inc.**,
**HHG Distributing LLC**,
    Debtors.

**Electrolux Home Products, Inc. a Delaware Corporat**,
    Plaintiff,
  vs.
**hhgregg, Inc.**,
**HHG Distributing LLC**,
**Gregg Appliances, Inc.**,
et al.,
    Counterclaimants, Defendants,
  vs.
**Electrolux Home Products, Inc. a Delaware Corporat**,
    Counter Defendant.

Case No. **17−01302−JJG−11**

Adv. Proc. No. **17−50098**

## ORDER CONTINUING PRETRIAL CONFERENCE

An Agreed Motion to Continue Hearing was filed on February 28, 2019, by Plaintiff Electrolux Home Products, Inc. a Delaware Corporat and Counter Defendant Electrolux Home Products, Inc. a Delaware Corporat.

    re: 1) Plaintiff's Motion to Compel AND 2) Plaintiff's Supplemental Motion To Compel

**IT IS ORDERED** that the Agreed Motion to Continue Hearing is **GRANTED** and that a pretrial conference will be held as follows:

    Date:  April 25, 2019
    Time:  01:00 PM EDT
    Place:  Rm. 311 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the trial. Motions for continuance filed less than **7 days** prior to the trial will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Attorney for Plaintiff Electrolux Home Products, Inc. a Delaware Corporat must distribute this order.

###